ACCEPTED
05-16-00332-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
4/21/2016 4:39:35 AM
LISA MATZ
CLERK

No. 05-16-00332-CV

In the Fifth District Court of Appeals
At Dallas, Texas

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
4/21/2016 4:39:35 AM
LISA MATZ
Clerk

In Re Anthony R. Sanders,
*Relator*

Original Proceeding Arising out of the
296TH Judicial District Court
of Collin County, Texas
Cause No. 296-56252-2012
Honorable John Roach, Jr. Presiding

## Real Party in Interest's Second Motion for Extension of Time to File Past Due Response to Petition for Writ of Mandamus

Respectfully submitted,

By: _____

Casey T. Boyd
State Bar No. 24059477
The Shapiro Law Firm
701 E. 15th Street, Suite 204
Plano, Texas 75074
Tel: (972) 423-0033
Fax: (972) 423-0077
Email: cboyd@shapiro-law.net

Counsel for Real Party in Interest
Edvania Sanders

## REAL PARTY IN INTEREST'S SECOND MOTION FOR EXTENSION OF TIME TO FILE PAST DUE RESPONSE TO PETITION FOR WRIT OF MANDAMUS

**TO THE HONORABLE FIFTH COURT OF APPEALS:**

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), the Real Party in Interest, Edvania Sanders, files this Second Motion to Extend Time to File her Past Due Response to the Petition for Writ of Mandamus.

On March 30, 2016, this Court issued an Order requesting that Real Party in Interest and Respondent file their responses to the Petition for Writ of Mandamus, if any, on or before April 14, 2016.

On April 13, 2016, Counsel for Real Party in Interest requested a 7-day extension of time to file her response, making the response due on Wednesday, April 20, 2016. That was her first request for extension of time to file the response.

On April 14, 2016, this Court granted Real Party in Interest's Motion to Extend Time, and directed Real Party in Interest to file her response, if any, on or before April 20, 2016.

Prior to filing this Second Motion for Extension of Time to File Past Due Response to Petition for Writ of Mandamus, Real Party in Interest did in fact file her Response with the Court. Her Response was filed with the Court four (4) hours late.

Counsel for Real Party in Interest relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the second requested extension of time:

Counsel for Real Party in Interest was unable to properly convert the Response to text searchable portable document format per the applicable Rules of Court prior to the deadline to file.

Counsel for Real Party in Interest needed additional time (4 hours) to file the response so that he could get to his office in order to properly convert the Response to text searchable portable document format.

Counsel for Real Party in Interest seeks this extension of time to file the past due Response so that this Court can be aided in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

The undersigned has not conferred with Relator's counsel of record, Georganna Simpson, prior to the filing of this motion because this motion is being filed contemporaneously with the past due Response.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Real Party in Interest requests that this Court grant this Second Motion to Extend Time to File Past Due Response to Petition for

3

Writ of Mandamus and extend the Deadline for Filing the Real Party in Interest's Response up to and including April 21, 2016.

Real Party in Interest requests all other relief to which she may be entitled.

Respectfully submitted,

**THE SHAPIRO LAW FIRM**
701 E. 15th Street, Suite 204
Plano, Texas 75074
Tel: (972) 423-0033
Fax: (972) 423-0077
Email: familylaw@shapiro-law.net

By: _____
        CASEY T. BOYD
        State Bar No. 24059477
        COUNSEL FOR REAL PARTY IN INTEREST

### CERTIFICATE OF CONFERENCE

I have not conferred with counsel for Relator regarding this motion because this motion was filed contemporaneously with Real Party in Interest's Response to Petition for Writ of Mandamus.

_____
CASEY T. BOYD
Counsel for Real Party in Interest

4

## CERTIFICATE OF SERVICE

I certify that on April 21, 2016, I served a copy of this motion to the following counsel and parties by electronic mail or via facsimile.

**Georganna L. Simpson**
*Counsel for Relator*

**Beth M. Hearn**
*Counsel for Relator*

**The Honorable John Roach, Jr.**
296th Judicial District Court
Collin County, Texas
*Respondent*

_____
CASEY T. BOYD
COUNSEL FOR REAL PARTY IN INTEREST